AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

v.

**SAKATHEA L. CHAMPION**

**CRIMINAL COMPLAINT**

**CASE NUMBER:**

**(Name and Address of Defendant)**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.  On or about __July 1, 2008__ in __WASHINGTON__ county, in the _____ District of __COLUMBIA__ defendant did, (Track Statutory Language of Offense)

having been convicted of a crime punishable by imprisonment for a term exceeding one year, ship and transport in interstate and foreign commerce, and possess in and affecting commerce, a firearm and ammunition, and did receive a firearm and ammunition, which had been shipped and transported in interstate and foreign commerce, that is, a SKS 7.62x 39mm assault rifle and 9mm ammunition.

in violation of Title __18__ United States Code, Section(s) __922(g)(1)__ .

I further state that I am __OFFICER JAMES BOTELER__ , and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

Continued on the attached sheet and made a part hereof:     ☒ Yes   ☐ No

Signature of Complainant
**OFFICER JAMES BOTELER**
**NARCOTICS & SPECIAL**
**INVESTIGATION DIVISION, MPD**

Sworn to before me and subscribed in my presence,

_____        at      __Washington, D.C.__
Date                                                                                                City and State

_____              _____

**Name & Title of Judicial Officer**                                   **Signature of Judicial Officer**

**STATEMENT OF FACTS**

On July 1, 2008, members of the Metropolitan Police Department's Homicide Branch executed a D.C. Superior Court search warrant at xxxx xxxxxx xxxxxxx, xx, Washington, D.C. Upon arrival on the scene, the defendant, Sakathea Champion was located. During the course of the search, the defendant identified a third story bedroom as her room, and provided officers with a key to unlock the door. A search of the defendant's bedroom revealed a SKS 62x 39mm assault rifle, 9mm ammunition, a single edge razor blade, and $1,550.00 in U.S. Currency. A search of other locations in the house revealed a plastic bag containing numerous un-used empty ziplocks, a clear plastic containing a loose amount of white rock-like substance, a digital scale, and assorted papers. The defendant is the leasee/owner of the property. Officers placed the defendant under arrest. To the best of the undersigned officer's knowledge, defendant Sakathea Champion, has previously been convicted of a crime punishable by imprisonment for a term exceeding one year in D.C. Superior Court, Criminal Case No. 1997-FEL-3276. Before filing this complaint, the officer reviewed at least one computer print-out of the defendant's criminal history and it showed that the defendant had been convicted of such crime. He wrote his initials on the computer print-out that he reviewed, so that he would recognize it again in the future. To the best of the undersigned officer's knowledge, there are no SKS 7.62 x 39mm assault rifles nor 9mm ammunition manufactured in the District of Columbia.

_____
OFFICER JAMES BOTELER
NARCOTICS & SPECIAL INVESTIGATIONS
DIVISION, MPD

SWORN AND SUBSCRIBED BEFORE ME
ON THIS \_\_ DAY OF JULY, 2008.

_____
U.S. MAGISTRATE JUDGE