# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Mag. No. 08-417 |
| v. | Judge Alan P. Kay |
| SAKATHEA CHAMPION, | |
| Defendant. | |

## GOVERNMENT'S MOTION TO DISMISS

The United States of America, by and through its attorney, the United States Attorney for

the District of Columbia, respectfully requests the Court to dismiss this case without prejudice.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY


_____/s/_____
ANGELA S. GEORGE
DC BAR # 470-567
Assistant United States Attorney
555 Fourth Street, N.W.
Room 4444
Washington, D.C. 20530
(202) 514-7315
Angela.George@usdoj.gov

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA | Mag. No. 08-417 |
| v. | Magistrate Judge Alan P. Kay |
| SAKATHEA CHAMPION, | |
| Defendant. | |

**ORDER**

The Court having considered the Government's motion to dismiss and upon finding it appropriate to do so, it is ORDERED this _____ day of _____ 2008, that the above case be dismissed without prejudice.

_____
ALAN P. KAY
United States Magistrate Judge
District Court for the District of Columbia

copies to:

Angela S. George
Assistant United States Attorney
Federal Major Crimes Section
555  Fourth Street, N.W.
Room 4444
Washington, D.C. 20530

Jonathan Jeffress, Esquire
Federal Public Defender Service
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C. 20004