UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

JUL 21 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA | Mag. No. 08-417 |
| v. | Magistrate Judge Alan P. Kay |
| SAKATHEA CHAMPION, | |
| Defendant. | |

### ORDER

The Court having considered the Government's motion to dismiss and upon finding it appropriate to do so, it is ORDERED this 21st day of July 2008, that the above case be dismissed without prejudice.

ALAN P. KAY
United States Magistrate Judge
District Court for the District of Columbia

copies to:

Angela S. George
Assistant United States Attorney
Federal Major Crimes Section
555 Fourth Street, N.W.
Room 4444
Washington, D.C. 20530

Jonathan Jeffress, Esquire
Federal Public Defender Service
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C. 20004